**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ralph T. Winkler
230 E 9th St + 10th Floor
Cincinnati, OH, 45202

9590 9402 9480 5069 8391 06

2. Article Number (Transfer from service label)

7589 0710 5270 3199 1809 49

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

CR 4.2   1:25-cv-623

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ sured Mail
☐ sured Mail Restricted Delivery
    ver $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

USPS TRACKING #

9590 9402 9480 5069 8391 06

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

RECEIVED SEP - 4 2025 RICHARD W. NAGEL Clerk Of Court CINCINNATI, OH

- Sender: Please print your name, address, and ZIP+4® in this box•

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
103 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Judith Past* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Candace C. Crouse<br>230 E. 9th St 12th Floor<br>Cincinnati, OH 45202<br><br>9590 9402 9480 5069 8390 90 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>CR 4.2   1:25-cv-623<br><br>3. Service Type<br>☑ Adult Signature     ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery     ☐ Registered Mail™<br>☐ Certified Mail®     ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery     ☑ Signature Confirmation™<br>☐ Collect on Delivery     ☐ Signature Confirmation Restricted Delivery<br>☐ Collect on Delivery Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>9589 0710 5270 3199 1809 63 | Mail<br>Mail Restricted Delivery |

PS Form 3811, July 2020 PSN 7530-02-000-9053             Domestic Return Receipt



USPS TRACKING #

9590 9402 9480 5069 8390 90

United States Postal Service

RECEIVED
SEP - 4 2025
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
103 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202